## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy H. Little, | Civ. No. 25-4813 (JWB/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Conner Burton and Evan Tsai, | |
| Defendants. | |

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on January 29, 2026. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 29, 2026 Report and Recommendation (Doc. No. 4) is **ACCEPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 24, 2026

 *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge